83,447-01

Christian Penigar #1791684
George Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

June 7, 2015

Honorable Abel Acosta, Clerk
Supreme Court Bldg.
201 W. 14th St. RM 106
P.O. Box 12308
Austin, Texas 78711-2308

RE: Writ of Mandamus

Dear Honorable Acosta:

Please find enclosed my Writ of Mandamus. Please bring this to the attention
of the court.

Thank you for your time and attention.

Sincerely,

Christian Penigar, Pro se
TDCJ-CID NO. 1791684
George Beto Unit
1391 FM 3328
Tennessee Colony, Texas 75880

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

---

CAUSE NO.

---

IN RE: CHRISTIAN PENIGAR, Relator

V.

HONORABLE JAMES RUSH, JUDGE, Respondent

---

ON APPLICATION FOR A WRIT OF MANDAMUS

CAUSE NO. C-37,745

FROM ECTOR COUNTY, TEXAS

---

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Christian Penigar, Relator in the above styled and number-ed cause, and files this Writ of Mandamus. Relator will respectfully show as follows:

## I.

## JURISDICTION

"This court is empowered by Article V, § 5, of the Texas Constitution to issue Writs of Mandamus in all criminal law matters." See ex rel Healey v. McMeans, 884 S.W.2d 772 (Tex.Cr.App. 1994).

## II.

## RELATOR

Christian Penigar, TDCJ-CID NO. 1791684, is an offender incarcerated in the Texas Department of Criminal Justice and is appearing pro se, who can be located at: George Beto Unit, 1391 FM 3328, Tennessee Colony, Texas 75880-5000.

The act sought to be compelled is ministerial, not discretionary in na-ture.

1

## III.
### RESPONDENT

Respondent, Honorable James Rush, Judge, in his capacity as District Judge of Ector County, Texas has a ministerial duty to render a decision in regards to Relator's Motiong for Judgment Nunc Pro Tunc Order. Judge Rush, first of all, was acting under a conflict of interest when he pronounced sentence against Relator which results from Relator's arrest involving Judge Rush's bank. This has further extended to the present case.

Relator appeared before the Honorable James Rush, on August 25, 2011, having entered a plea of guilty; sentenced to nine (9) months State Jail.

Having served his sentence, the Court has a duty to prevent Relator from being prejudiced as he is presently experiencing.

## IV.
### ADEQUATE LEGAL REMEDY

Relator has "no other adequate legal remedy."

## V.
### CLERICAL ERROR

The Texas Department of Criminal Justice (TDCJ) records reflect a detainer under Relator's present sentence in regards to the above cause where Relator has completed his state jail sentence. Relator has sought legal remedy via Motion for Judgment Nunc Pro Tunc Order pursuant to Texas Rules of Appellate Procedure, Rule 23.2(a) and (b), to no avail.

TDCJ records, as it presently stands under these circumstances, will cause Relator's parole to be automatically revoked.

WHEREFORE PREMISES CONSIDERED, Relator, for reason shown moves the Honorable Court to issue the necessary Court Order, ordering that Texas Department of Criminal Justice reflect the truth of what actually occurred; to adjust the inaccuracies and deficiencies regarding the detainer in relation to a sentence that has been served. In the alternative, Order the 244th Judicial Court to render a decision regarding Relator's Motion for Judgment Nunc Pro Tunc Order.

Respectfully submitted,

Christian Penigar, Pro se

2

## CERTIFICATE OF SERVICE

I, Christian Penigar, do hereby certify that a true and correct copy of Relator's Petition for Writ of Mandamus has been served by United States mail addressed to:

Honorable Janis Dunn-Morgan, District Clerk
Courthouse RM 301
300 N. Grant Ave.
Odessa, Texas 79761

For: Judge Rush